UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CURTIS JOHNSON, et al., | Case No. 15-cv-02004-JSC |
|---|---|
| Plaintiffs, | |
| v. | **ORDER REGARDING CORRECTIVE NOTICE** |
| SERENITY TRANSPORTATION, INC., et al., | Re: Dkt. Nos. 199, 200 |
| Defendants. | |

The Court received the parties' proposed curative notices and notices of right to join overtime lawsuit, Dkt. Nos. 199-1, 199-2, 199-3, 199-4, submitted pursuant to this Court's prior order granting Plaintiffs' motion to invalidate releases signed by current and former Serenity drivers. (Dkt. No. 198.)

The Court adopts Plaintiffs' notice of right to join overtime lawsuit. The Court largely adopts Plaintiffs' proposed curative notice, with two changes: (1) drivers may contact any counsel to report retaliation as a result of participating in the lawsuit; and (2) language describing the Court's Order invaliding the releases is removed.

The final notice is attached to this order. Notices shall be mailed to all current and former drivers. Defendants shall pay for the cost of the administrator to process and mail the new notice within ten days of the issuance of this order. Defendants shall also serve a copy of the notice on Plaintiffs and file it with the Court, along with a certification that notice was mailed to all current and former drivers. Defendants shall not communicate with all current and former drivers regarding this lawsuit during the opt-in period.

Finally, the Court grants Plaintiffs' request for judicial notice of Exhibit 1, the Corrective Notice Regarding Invalidation of Releases in *Mihail Slavkov, et al. v. Fast Water Heater Partners*

1   *I, LP, et al.*, (Case number 14-cv-04324-JST).  (Dkt. No. 200-1.)

2        This Order disposes of Docket Nos. 199 and 200.

3        **IT IS SO ORDERED.**

4   Dated: November 7, 2017

                                                JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SERENITY TRANSPORTATION, INC., et al.,<br><br>Defendants. | Case No. 15-cv-02004-JSC<br><br>**CORRECTIVE NOTICE INVALIDATING RELEASES**<br><br>Re: Dkt. Nos. 199, 200 |

**CORRECTIVE NOTICE REGARDING INVALIDATION OF RELEASES**

TO: ALL DRIVERS/TECHNICIANS WHO WORKED FOR SERENITY TRANSPORTATION IN CALIFORNIA WHO HAVE NOT JOINED THE CASE ("OPTED-IN").

**Why am I Receiving This Corrective Notice?**

You are receiving this notice because you were identified as a current or former Driver/Technician who has worked for Serenity in California as an independent contractor since May 16, 2013 and who has not yet filed a form to assert your rights in this case pursuant to the federal Fair Labor Standards Act (FLSA) (i.e. you have not yet "opted-in" to this case). Plaintiffs Curtis Johnson and Gary Johnson filed a lawsuit against Serenity Transportation, Inc., David Friedel, and SCI/SCI California ("Defendants") alleging that Defendants misclassified Drivers as independent contractors while treating them as employees under federal and state law. Plaintiffs have asserted claims in this lawsuit to recover overtime pay, minimum wage, necessary expense reimbursements, meal and rest period premium wages, interest, civil penalties, statutory penalties, and related penalties under federal and state law. Defendants deny all wrongdoing.

As a current or former Driver, you may have received a letter and a release from Serenity Transportation, Inc., regarding the lawsuit that is pending against Defendants. The letter may have included a check and a document titled "Settlement And Release Agreement." You may have also observed or been subject to other verbal communications from Serenity and/or David Friedel regarding your participation in this lawsuit. These written and oral communications were not approved or authorized by the Court.

**The Court recently issued an order finding that Serenity acted improperly; invalidating Defendants' releases; and giving Drivers another opportunity to join this lawsuit.** Please read this Corrective Notice carefully to understand your rights.

**IMPORTANT DEADLINE**: If you would like to join this lawsuit, you must return the Consent to Join Form attached as Exhibit A by 60 DAYS AFTER MAILING.

**What is a Release, and What did the Court Decide About the Releases?**

The releases in this case were documents in which Defendants sought Drivers' agreement to give up the right to participate in this lawsuit, including the right to recover any money in this lawsuit. Some Drivers signed Defendants' releases, and Plaintiffs challenged the validity of the releases in Court. On September 25, 2017, the Court issued an order invalidating the releases. This means that **if you signed a release, you have not given up any of your claims against Defendants and still have the right to participate in this lawsuit, if you wish to do so.**

The Court found that Serenity actively discouraged Drivers' participation in the lawsuit, and that Serenity's letter and release contained misleading information and omissions. You may obtain a copy of the Court's Order by contacting Plaintiffs' counsel, RUKIN HYLAND LLP, whose contact information is located on page 4 of this Notice.

**If I Signed a Release, can I Still Participate in the Lawsuit?**

<u>Yes</u>. If you signed a release and/or cashed the check sent to you by Serenity Transportation, you are not bound by the release and you have not released any of your claims against Defendants. You are not required to return any money you may have received in connection with the invalidated release. If you wish to participate in the case as an opt-in plaintiff, you must carefully

2

review the instructions in the Notice and Consent to Join Form attached as Exhibit A. The Court has extended the deadline for joining this lawsuit.

**IF YOU DECIDE TO JOIN THIS LAWSUIT, YOU MUST SUBMIT THE CONSENT TO JOIN FORM (ATTACHED AS EXHIBIT A) TO THE NOTICE ADMINISTRATOR SO THAT IT IS RECEIVED OR POSTMARKED ON OR BEFORE 60 DAYS AFTER MAILING OF NOTICE.**

**Can Serenity or the Other Defendants Retaliate Against me for Joining?**

Federal law prohibits Serenity Transportation, Inc., David Friedel, and SCI/SCI California from taking any adverse action against you for joining or participating in this lawsuit. That means you cannot be fired, sued, demoted, punished, or otherwise discriminated against for participating in this suit. If you believe you have been discriminated against, retaliated against, or disciplined in any way as a result of considering whether to join or actually participating in this lawsuit, you should contact a lawyer.  If you choose, you may contact attorneys for Plaintiffs in this class action.

**Future Communications from Serenity Transportation**

The Court has reopened the opt-in period for Drivers to join this case. If you would like to join the case, you must carefully review the Notice and Consent to Join Form for instructions and return the Consent to Join Form by 60 DAYS AFTER MAILING OF NOTICE. During this opt-in period, Serenity is not permitted to discuss this lawsuit with you. If you receive any communications from Serenity or its representatives, including David Friedel, regarding this lawsuit during the optin period, please contact Plaintiffs' lawyers immediately. Following the termination of the opt-in period, Serenity may discuss the lawsuit with current and former Drivers. However, the Court has ordered that Serenity notify Plaintiffs' counsel before it obtains a signed release from any Driver. If Serenity contacts you following the close of the opt-in period to sign a release and you would like advice regarding the release, you should contact a lawyer.  If you choose, you may contact attorneys for Plaintiffs in this class action.

**Plaintiffs' Lawyers Contact Information**

If you have questions about this lawsuit, you should contact a lawyer. If you choose, you may contact attorneys for Plaintiffs in this class action. You can contact Plaintiffs' lawyers at:

Peter Rukin (prukin@rukinhyland.com)

Jessica Riggin (jriggin@rukinhyland.com)

Valerie Brender (vbrender@rukinhyland.com)

RUKIN HYLAND LLP

1330 Broadway, Ste 1450

Oakland, California 94612

Phone: (415) 421-1800

Fax: (415) 421-1700

**IT IS SO ORDERED.**

Dated: November 7, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge