United States District Court
Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    CURTIS JOHNSON, et al.,                    Case No.  15-cv-02004-JSC

8                 Plaintiffs,

9          v.                                   **ORDER TO SHOW CAUSE TO
                                                PLAINTIFF ARANDA**
10   SERENITY TRANSPORTATION, INC., et
     al.,

11                Defendants.

12

13         On December 10, 2020, the Court approved the settlement agreement between Plaintiffs

14   and Defendants SCI California Funeral Services, Inc. ("SCI California") and Service Corporation

15   International ("SCI").  (Dkt. No. 326.)  The parties have stipulated to entry of an order dismissing

16   with prejudice Plaintiffs' claims against SCI California and SCI, with the exception of Plaintiff

17   Anthony Aranda.  (Dkt. Nos. 327 & 328.)  Mr. Aranda is a party to the settlement agreement and

18   cannot be located or contacted by now former counsel, Mr. Ruskin.  Because the settlement

19   agreement is conditioned on the dismissal with prejudice of all Plaintiffs' claims, the settlement by

20   its terms cannot be finalized until Mr. Aranda's claims are dismissed as well.  (Dkt. No. 327.)

21         Given Mr. Aranda's failure to respond to counsel's repeated attempts to contact him over

22   the past months, and that Mr. Aranda has not contacted counsel in over two years (Dkt. No. 320-1

23   at 2), Mr. Aranda is ORDERED TO SHOW CAUSE why his claims should not be dismissed with

24   prejudice in light of his failure to prosecute his claims.  *See* Federal Rule of Civil Procedure 41(b).

25   Mr. Aranda is ordered to file a response to this Show Cause Order by January 19, 2021.  Mr.

26   Aranda is warned that his failure to respond to this Order will result in dismissal of his claims with

27   prejudice.  Plaintiffs' counsel shall mail a copy of this Order to Mr. Aranda's last-known address.

28         The Court will schedule a hearing or telephonic conference with the parties, if necessary,

should Mr. Aranda file a response to this Show Cause Order.

     **IT IS SO ORDERED.**

Dated: January 7, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California